

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

**NO. WR-86,312-01**

---

**EX PARTE HUMBERTO HILARIO GOMEZ, Applicant**

---

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 2013CRR000628 D2(A) IN THE 111TH DISTRICT COURT
FROM WEBB COUNTY**

---

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and, after a period of community supervision, sentenced to four years' imprisonment.

Applicant's claim that he is not receiving proper pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: February 8, 2017
Do not publish